IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

V.                         CASE NO. 5:08-CR-50015-001

JOSEPH MICHAEL RECTOR                                                 DEFENDANT

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 113) filed in this case on November 5, 2015, by the Honorable Erin L. Setser, United States Magistrate Judge for the Western District of Arkansas. More than fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY.** Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, Defendant's Motion for Relief Pursuant to Federal Rules of Civil Procedure, Rule 60 (Doc. 112) is **DENIED**.

**IT IS SO ORDERED** on this 14th day of January, 2016.

TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE